# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) BROOKLYN CHILDRESS | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | |
| | ) | Case No. 5:22-cv-970-SLP |
| (1) SANGRE FOODSERVICE | ) | |
| MANAGEMENT LLC, a domestic liability | ) | |
| company d/b/a KEYSTONE | ) | |
| FOODSERVICE | ) | |
| | ) | |
| *Defendant.* | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED

BY AND BETWEEN the Plaintiff, Brooklyn Childress and the Defendant, Sangre

Foodservice Management LLC, d/b/a Keystone Foodservice as follows:

1.    All Plaintiff's claims against Defendant are dismissed with prejudice.

2.    Plaintiff and Defendant shall bear their own fees and costs.

3.    This dismissal disposes of all claims alleged in this action and the case is

fully and finally closed.

Respectfully submitted,

/s/ Mark Smith
Mark A. Smith, OBA No. 31231
Caruso & Smith, PLLC
2021 South Lewis Avenue, Suite 720
Tulsa, Oklahoma 74104
(918) 583-5900 (Office)
(918) 583-5902 (Fax)
mark.smith@smithlegalok.com

Daniel E. Smolen, OBA #19943
Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax

1

danielsmolen@ssrok.com
*Attorneys for Plaintiff*

*and*

*/s/ Kristen P. Evans
Kristen P. Evans, OBA #30210
HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.
521 E. 2nd Street, Suite 1200
Tulsa, OK 74120
Telephone (918) 594-0400
Facsimile (918) 594-0505
kevans@hallestill.com
-and-
Carson Glass Lamie, OBA #32783
HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone ( 405) 553-2828
Facsimile ( 405) 553-2855
clamle@hallesti11.com
ATTORNEYS FOR DEFENDANT,
SANGRE FOODSERVICE MANAGEMENT, LLC
d/b/a KEYSTONE FOOD SERVICE

*\*Signed by Plaintiff's attorney with permission of
Defendant's attorney*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24rd day of January 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ Mark Smith